**Dated: May 14, 2020**
**The following is SO ORDERED:**

George W. Emerson, Jr.
**UNITED STATES BANKRUPTCY JUDGE**

_____

IT547

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                            Chapter 13
ELLA MARIE WEBB
Debtor(s)                                         Case No. 19-25591-E
SSN(1) XXX-XX-6119

_____

ORDER PROVIDING PERCENTAGE TO UNSECURED CREDITORS

_____

In this cause it appearing to the Court that the debtor(s)' plan was confirmed
with the provision that the percentage to be paid to the unsecured creditors was to
be determined by the Trustee upon the expiration of the bar date for the filing of
claims, and it also appearing to the court that said date has passed,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that the percentage to be paid
to the unsecured creditors in the debtor(s)' Chapter 13 plan shall be 100.00%.

                                        /S/ Sylvia Ford Brown
                                        Chapter 13 Trustee

CC:   Sylvia Ford Brown
MM

      ELLA MARIE WEBB
      1426 DRIVER ST
      MEMPHIS, TN  38106

      HERBERT D HURST

      All Entities on Matrix

United States Bankruptcy Court
Western District of Tennessee

In re:                                                                    Case No. 19-25591-gwe
Ella Marie Webb                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0651-2          User: joe              Page 1 of 2             Date Rcvd: May 14, 2020
                              Form ID: pdftr05       Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2020.
db          +Ella Marie Webb,   1426 Driver St,    Memphis, TN 38106-4320
cr          +THDA dba Volunteer Mortgage Loan Servicing,   c/o TN Atty General's Office,
             Bankruptcy Division,   P.O. Box 20207,   Nashville, TN 37202-4015
33227281    +Insolve Recovery,   C/I Capital Recovery Group LLc,   PO Box 123203 Dept 3203,
             Dallas, TX 75312-3203
33227284    +MLGW,   POB 430,   Memphis, TN 38101-0430
33227282    +Methodist Healhcare,   7130 Goodlett Farms Pkwy Ste 105W,   Cordova, TN 38016-4991
33227285    +Office of Internal Medicine,   c/o Consolidated Recovery Service,   2650 Thousand Oaks Blvd.,
             Memphis, TN 38118-2473
33296406    +Tennessee Housing Development Agency,   THDA dba VMLS c/o TN AG,,   Bankruptcy Division,
             PO Box 20207,   Nashville, TN 37202-4015


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
33283097     +E-mail/Text: ECF@UNIVERSALCOLLECTIONSYSTEMS.COM May 15 2020 02:00:29     CITY OF MEMPHIS EMS,
              C/O UCS,   P O BOX 751090,   MEMPHIS TN 38175-1090
33318612     +E-mail/Text: ECF@UNIVERSALCOLLECTIONSYSTEMS.COM May 15 2020 02:00:29
              DR. BRYAN SIMMONS (SIDA),   C/O UCS,   P O BOX 751090,   MEMPHIS TN 38175-1090
33318564     +E-mail/Text: ECF@UNIVERSALCOLLECTIONSYSTEMS.COM May 15 2020 02:00:29
              DR. ELLENA HENDERSON (SIDA),   C/O UCS,   P O BOX 751090,   MEMPHIS TN 38175-1090
33318567     +E-mail/Text: ECF@UNIVERSALCOLLECTIONSYSTEMS.COM May 15 2020 02:00:29     DR. RAYAN SIMMONS,
              C/O UCS,   P O BOX 751090,   MEMPHIS TN 38175-1090
33318573     +E-mail/Text: ECF@UNIVERSALCOLLECTIONSYSTEMS.COM May 15 2020 02:00:29
              DR. VLADIMIR CHACHANIDZE,   C/O UCS,   P O BOX 751090,   MEMPHIS TN 38175-1090
33227277     +E-mail/Text: ECF@UNIVERSALCOLLECTIONSYSTEMS.COM May 15 2020 02:00:29
              Dr. Bryan Simmons C/O UCS,   POB 751090,   Memphis, TN 38175-1090
33227278     +E-mail/Text: ECF@UNIVERSALCOLLECTIONSYSTEMS.COM May 15 2020 02:00:29
              Dr. Ellena Henderson C/O UCS,   POB 751090,   Memphis, TN 38175-1090
33227279     +E-mail/Text: ECF@UNIVERSALCOLLECTIONSYSTEMS.COM May 15 2020 02:00:29
              Dr. Vladmir Chachanidze C/O UCS,   POB 751090,   Memphis, TN 38175-1090
33318572     +E-mail/Text: ECF@UNIVERSALCOLLECTIONSYSTEMS.COM May 15 2020 02:00:29
              HEART CENTER OF MEMPHIS,   C/O UCS,   P O BOX 751090,   MEMPHIS TN 38175-1090
33227280     +E-mail/Text: ECF@UNIVERSALCOLLECTIONSYSTEMS.COM May 15 2020 02:00:29
              Heart Center of Memphis,   c/o Universal Collection Systems,   POB 751090,
              Memphis, TN 38175-1090
33318566     +E-mail/Text: ECF@UNIVERSALCOLLECTIONSYSTEMS.COM May 15 2020 02:00:29
              MIDSOUTH FOOT & ANKLE SPECIALIST PLLC,   C/O UCS,   P O BOX 751090,   MEMPHIS TN 38175-1090
33227283     +E-mail/Text: ECF@UNIVERSALCOLLECTIONSYSTEMS.COM May 15 2020 02:00:29
              Mid South Foot and Ankle C/O UCS,   POB 751090,   Memphis, TN 38175-1090
33318569     +E-mail/Text: ECF@UNIVERSALCOLLECTIONSYSTEMS.COM May 15 2020 02:00:29
              OFFICE OF INTERNAL MEDICINE,   C/O UCS,   P O BOX 751090,   MEMPHIS TN 38175-1090
33227286     +E-mail/Text: bankruptcy@volservicing.com May 15 2020 02:00:48     Volunteer Mortgage,
              404 James Robertson, Suite 1450,   Nashville, TN 37219-1536
                                                                           TOTAL: 14


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0651-2            User: joe              Page 2 of 2           Date Rcvd: May 14, 2020
                               Form ID: pdftr05        Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2020 at the address(es) listed below:
        Gina Baker Hantel    on behalf of Creditor    THDA dba Volunteer Mortgage Loan Servicing
         agbankboswell@ag.tn.gov,   gina.hantel@ag.tn.gov;agbankwdemerson@ag.tn.gov
        Herbert D. Hurst    on behalf of Debtor Ella Marie Webb bkmail@thehurstlawfirm.com,
         hlfecf@gmail.com,igotnoticestest@gmail.com;hursthr77457@notify.bestcase.com
        Sylvia F. Brown    ecf@ch13sfb.com
        U.S. Trustee    ustpregion08.me.ecf@usdoj.gov

                                                                               TOTAL: 4